UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORIGA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR 415-139 |
| v. | ) | |
| | ) | |
| BROOKS ANTON WILLIAMS, aka TWIN | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia dismisses, without prejudice, defendant **BROOKS ANTON WILLIAMS, aka TWIN,** from the indictment herein, said dismissal being in the interests of justice.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

Brian T. Rafferty
Criminal Division Chief

Joseph D. Newman
Assistant United States Attorney

SO ORDERED this 22nd day of October, 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA